IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 18-cv-00033-LRR |
| v. ) | |
| ) | |
| ) | |
| ANGELA KAY SEDLACEK, ) | |
| A/K/A ANGIE KAY SEDLACEK, ) | |
| A/K/A ANGELA KAY DULIN, AND ) | |
| MATTHEW DAVID DULIN, ) | |
| ) | |
| Defendants. ) | |

**ORDER APPROVING GOVERNMENT'S
MOTION TO DISBURSE FUNDS**

This matter coming on before the Court pursuant to Government's Motion to Disburse Funds, the Court finds:

1. This Court entered a Judgment and Decree of Foreclosure on July 26, 2018, ordering an *in rem* judgment in favor of Plaintiff, United States of America, and against the defendants and the mortgaged premises for $191,629.42, plus interest. (DR 13.)

2. The Court ordered the subject mortgage be foreclosed, a judicial sale be held pursuant to 28 U.S.C. §§ 2001-2003, and further commanded the United States Marshal to sell the real estate. (DR 13.)

3. On October 3, 2018, the subject real estate was sold by the U.S. Marshal's Service for $53,701.00. (DR 16.)

4. On October 23, 2018, the United States Marshal deposited with the Clerk of Court the above proceeds of the sale, less fees incurred by virtue of the judicial sale, for a total deposit of $53,600.14. (Unnumbered docket annotation entered October 23, 2018.)

**IT IS THEREFORE ORDERED** that the Clerk of the United States District Court shall disburse $53,600.14 on deposit in the Registry Fund, through a check made payable to the United States Department of Justice and delivered to the United States Attorney for the Northern District of Iowa to be applied to the Judgment.

Dated this 25th day of October, 2018.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA